GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR GARCIA RAMIREZ<br><br>Defendant, | Case No.: 1:06-CR-00381-LJO<br><br>STIPULATION AND ORDER TO<br><br>CONTINUE SENTENCING<br>DATE: August 24, 2007<br><br>TIME: 9:00 a.m.<br><br>**NEW DATE: 10/25/07 AT 9:00AM** - LJO |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from August 24, 2007, until October 26, 2007. The parties further stipulate and agree that the resulting period of delay occurring between August 24, 2007, and October 26, 2007, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I). This continuance is necessary for the parties to complete pre-sentence investigation in order for the defendant to receive the full benefit of his negotiated plea agreement.

Dated: August 23, 2007                By:  /s/ Laurel Montoya
                                      McGREGOR W. SCOTT
                                      United States Attorney
                                      Laurel Montoya
                                      Assistant U.S. Attorney

Dated: August 23, 2007

                                     /s/ Glenn  LoStracco
                                     GLENN  LoSTRACcO
                                     Attorney for Defendant

                                     HECTOR GARCIA RAMIREZ

## **ORDER**

IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to October 25, 2007 at 9:00am. It is further ordered that time shall be excluded from August 24, 2007, to October 25, 2007, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).  **The Court will be attending the Eastern District Conference on Friday, 10/26/07.**

Dated:  August 23, 2007                            /s/ Lawrence J. O'Neill
                                           Honorable Lawrence J. O'Neill
                                           United States District Judge