McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HECTOR GARCIA RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:06-cr-00381-LJO <br><br> STIPULATION TO CONTINUE <br> SENTENCING AND ORDER <br><br> Date: October 25, 2007 <br> Time: 9:00 a.m. <br> Courtroom Four <br> Honorable Lawrence J. O'Neill |

This matter was currently set for a sentencing hearing on October 25, 2007. The parties agree and stipulate that the sentencing hearing should be continued in order to allow the defendant to fulfill the terms of his plea agreement. The government and counsel hereby agree to a sentencing date of December 14, 2007 at 9:00 a.m.

Therefore, the parties have agreed to continue, and request the court to continue the

//
//
//
//
//
//
//

1 defendant's sentencing in this case to December 14, 2007 at 9:00 a.m.

2 Dated:  October 24, 2007                                      McGREGOR W. SCOTT
                                                                United States Attorney

4                                                               By: /s/ Laurel J. Montoya
                                                                LAUREL J. MONTOYA
5                                                               Assistant U.S. Attorney

6 Dated:  October 24, 2007

7                                                                /s/ Glenn Lostracco
                                                                GLENN LOSTRACCO
8                                                               Attorney for the Defendant
                                                                Hector Garcia Ramirez

10                                     ORDER

11     Tthe Sentencing in the above entitled matter set for October 25, 2007 is to be continued to December 14, 2007 at 9:00 a.m. pursuant to the stipulation of counsel, and the reasons stated therein.

22 IT IS SO ORDERED.

23 Dated:   October 24, 2007                          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE