# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0381 LJO |
| Plaintiff, | **ORDER FOR GOVERNMENT'S RESPONSE** |
| vs. | |
| HECTOR GARCIA RAMIREZ, et al, | |
| Defendants. / | |

This Court ORDERS the United States of America, no later than February 13, 2009, to file and serve its response to defendant Hector Garcia Ramirez' motion to modify or reduce sentence (doc. 94).

IT IS SO ORDERED.

**Dated:   January 22, 2009**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1