```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
HECTOR GARCIA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>      Plaintiff, )<br>             )<br>vs.          )<br>             )<br>HECTOR GARCIA RAMIREZ   )<br>             )<br>      Defendant. )<br>_____) | Case No: 06-cr-381 LJO<br><br>Substitution of Attorneys:<br>   ORDER OF DENIAL |

    J.M. IRIGOYEN, Attorney at Law is hereby substituted as attorney of record for the Defendant, HECTOR GARCIA RAMIREZ, in place and instead of Glenn Lostracco, Attorney at Law.

    I hereby consent to the above substitution.

DATED: 10-1-10

                          S/J M Irigoyen
                          _____
                          J. M. Irigoyen, Esq.
                          Attorney at Law

    I hereby consent to the above substitution.

DATED: 1-5-10               S/ Glenn Lostracco
                          _____
                          Glenn Lostracco,Esq.
                          Attorney at Law

```
 1        I hereby consent to the above substitution.
 2    DATED: 9-29-10
                                     S/ Hector Garcia Ramirez
 3
                                    _____
 4                                      HECTOR GARCIA RAMIREZ
 5    The Court has received and reviewed the attempt to
 6    substitute counsel in the above matter. Since the case is
 7    already CLOSED, and there is nothing in the instant request
 8    to address this matter of attempting to act in a closed
 9    case, the request is DENIED.
```

1 | IT IS SO ORDERED.

2 | **Dated:   October 12, 2010**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE